UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| D&N EQUIPMENT SERVICES, INC. | : | |
| | : | |
| v. | : | C.A. No. 04-185ML |
| | : | |
| ZURICH-AMERICAN INSURANCE COMPANY | : | |
| | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 4, 2005

BY ORDER:

Deputy Clerk