UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

D & N EQUIPMENT SERVICES, INC.,

*Plaintiff,*

v.

C.A. No. 04-185ML

ZURICH-AMERICAN INSURANCE COMPANY, ALIAS,

*Defendant.*

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

The parties, by and through the undersigned counsel, hereby stipulate that the within action against Defendant Zurich-American Insurance Company may be dismissed with prejudice, no costs to either party.

D & N EQUIPMENT SERVICES, INC.

By its Attorneys,

Raymond Alan LaFazia (#2423)
Thomas J. Cronin (#5302)
~~GUNNING & LAFAZIA, INC.~~
56 Pine Street
Providence, RI 02903
(401) 521-6900
(401) 521-6901 (fax)

Date: 11-23-05

ZURICH-AMERICAN INSURANCE COMPANY

By its Attorneys,

Stephen M. Prignano (#3649)
Daniel H. Wright (#5728)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: 12/13/05

Enter:
Mary M. Lisi
USDJ 12/19/05

PRV_763719_1/SPRIGNANO